1  Lance D. Orloff (SBN 116070)
2  Alexis A. Arteaga (SBN 356798)
   GRANT, GENOVESE & BARATTA, LLP
3  2030 Main Street, Suite 1600
   Irvine, CA 92614
4  Telephone: (949) 660-1600
   Facsimile: (949) 660-6060
   6080-451
5
   Email: ldo@ggb-law.com; aaa@ggb-law.com; eservice@ggb-law.com
6
   Attorneys for Defendant, Los Angeles Auto Wholesalers & Recovery Services, Inc.
7
8                       **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| DOUGLAS GALANTER,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-09466-ODW<br><br>**DEFENDANT LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.'s INDEX OF DOCUMENTARY EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 21, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5D<br><br>Trial: August 19, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC. (LAWRSI) hereby submits the following Index of Documentary Evidence in support of its Motion for Summary Judgment or, Alternatively, Patial Summary Judgment.

1

# INDEX OF DOCUMENTARY EVIDENCE

| EXHIBIT | DESCRIPTION |
|---|---|
| "A" | Plaintiff Douglas Galanter's First Amended Complaint [Orloff Decl., ¶ 3] |
| "B" | Repossession Assignment [Martinez Decl., ¶ 3] |
| "C" | Transcript of Deposition of Plaintiff Douglas Galanter, dated November 18, 2024. [Orloff Decl. ¶ 4] |
| "D" | Initial timestamped photos uploaded to RDN by Steven McIntosh. [McIntosh Decl. ¶ 7] |
| "E" | Subsequent timestamped photos uploaded to RDN by Steven McIntosh. [McIntosh Decl., ¶ 14] |
| "F" | Notice of seizure and personal property inventory form. [McIntosh Decl., ¶ 15] |
| "G" | Release Request. [Martinez Decl., ¶ 6] |
| "H" | Gate Repair Invoice. [Orloff Decl., ¶ 6] |

| | | |
|---|---|---|
| "I" | Photos of disrupted gate and text message screenshots. [Orloff Decl., ¶ 7] | |
| "J" | Transcript of Deposition of Steven McIntosh, dated November 21, 2024. [Orloff Decl. ¶ 4] | |

DATED: March 24, 2025            GRANT, GENOVESE & BARATTA, LLP

By: _____
LANCE D. ORLOFF
ALEXIS A. ARTEAGA
Attorneys for Defendant Los Angeles Auto Wholesalers & Recovery Services, Inc.

3

INDEX OF DOCUMENTARY EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT