Uploaded by DAYTIME LPR 1 on September 5, 2023 at 11:45 am MST



LawRecovery0001

Uploaded by DAYTIME LPR 1 on September 5, 2023 at 11:45 am MST



LawRecovery0002

Uploaded by DAYTIME LPR 1 on September 5, 2023 at 11:45 am MST



LawRecovery0003

Uploaded by DAYTIME LPR 1 on September 5, 2023 at 11:45 am MST



LawRecovery0004