Uploaded by Steven Mcintosh on September 5, 2023 at 1:32 pm MST



LawRecovery0005

Uploaded by Steven Mcintosh on September 5, 2023 at 1:32 pm MST



LawRecovery0006

Uploaded by Steven Mcintosh on September 5, 2023 at 1:32 pm MST



LawRecovery0007

Uploaded by Steven Mcintosh on September 5, 2023 at 1:32 pm MST



LawRecovery0008

Uploaded by Steven Mcintosh on September 5, 2023 at 1:32 pm MST



LawRecovery0009