# Notice of Seizure and Personal Property Inventory

Law Recovery Services
11245 GARFIELD AVE
SOUTH GATE, CA 90280
State License No: RA 1413

T (323)-913-9600 F (323)-913-9600

09/05/2023
Case #: 2128310738
Reference #: 198985
Acct #: 564 039570

**Debtor**
douglas galanter
6755 Springpark Ave
Los Angeles, CA 90056

**Lien Holder**
ACCESS FINANCE
T (310) 826 4000

**Vehicle**
2015 Honda Accord
VIN: 1HGCR6F56FA014675

The following items were recovered from the above vehicle on 09/05/2023 — PHONE HOLDER CHARGER, PILLOW, SHOES, GATE CLICKER, PLASTIC BAGS, FLIP FLOPS, HAT, TOWELS, SPRAY WAX, MISC PAPERS

Call for appointment 323-913-9600 Durring business hours M-F 9:00AM - 5:00PM

Contact ACCESS FINANCE / ACCESS FINANCE finance company for redemption / reinstatement

ALL LIQUIDS, FLAMMABLES, AND PERISHABLE FOOD ITEMS HAVE BEEN DISPOSED OF

I hereby certify, under penalty of perjury, that the above items were the only personal effects or personal property recovered from this vehicle.

I understand that falsification of an inventory report is grounds for suspension or revocation of a license
Personal property can be picked up by APPOINTMENT ONLY by calling 323-913-9600
A PROCESSING/HANDLING/INVENTORY FEE of $48.50 has been assessed in addition to a STORAGE CHARGE per day of $13.50 on all personal property. Fees may vary or capped depending on contracted rates. All personal property listed on this inventory list will be disposed of by LAW Recovery AFTER BEING HELD FOR 60 DAYS in storage if left UNCLAIMED. Personal license plates left unclaimed after 60 days will be destroyed. Repossessors are regulated by the Bureau of Security and Investigative Services, Department of Consumer Affairs, Sacramento, CA. Repossessors are required to provide you, no later than 48 hours after the recovery of collateral, with an inventory of personal effects or other personal property recovered during repossession unless the 48-hour period encompasses a Saturday, Sunday, or a postal Holiday, then the inventory shall be provided no later than 96 hours after the recovery of collateral. Damage to a vehicle during of subsequent to a repossession and only while the vehicle is in possession of the repossession agency and which is caused by the repossession agency is the liability of the repossession agency. A mechanical, electrical, or tire failure, or the loss of, or any damage to, or as a result of, or caused by, and aftermarket part and accessories not in compliance with section 24008 of the Vehicle Code shall not be the responsibility of the repossession agency unless the failure, damage, or loss is due to the negligence of the repossession agency.

THIS VEHICLE WAS REPOSSESSED AT THE REQUEST OF THE ACCESS FINANCE BY Law Recovery Services on 09/05/2023 Please contact the lienholder if you have any questions regarding why your vehicle was repossessed or about the process of redeeming your vehicle or BSI e-mail www.dca.ca.gov/bsis (916) 322 4000 or (800) 952 5210 for all other questions. This letter and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited.

Signature of Person Taking Inventory: _____

Date: 9-5-23
TIME: 4:40 PM

douglas galanter / authorized party Receipt of Notice

LawRecovery0050