**Himco Security**
369 S Doheny Drive #194
Beverly Hills, CA 90211
sales@himcosecurity.com

# INVOICE

**BILL TO**
Springpark II HOA c/o CAC
6755 S. Springpark Ave.
Los Angeles, CA 90056
cacinvoices@payableslockbox.com; payables@cacmgmt.com

**INVOICE #** 2632
**DATE** 10/10/2022

| DESCRIPTION | QTY |
|---|---|
| Service call: <br> -Weld new brackets to reroute chain <br> -Provide and install new chain | 1 |
| -Provide and program remotes | 5 |

If you have any questions concerning this Invoice, please contact us for further details.
THANK YOU FOR YOUR BUSINESS!

**BALANCE DUE**     **$1,540.00**

License No. 939236

D6-10