

DG 0023







DG 0026















DG 0033









DG 0037



please ask the sheriff to come out and dust the box for fingerprints as soon as possible

Yes

this is an opportunity for you but you must move quickly . if they are people who snatch cars then they probably have a criminal record

Fri, Sep 8 at 5:52 AM

voicemail-11833.m4a
Audio Recording · 59 KB

they removed the chain on the gate so it is impossible to move it by hand

