Lance D. Orloff (SBN 116070)
Alexis A. Arteaga (SBN 356798)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: ldo@ggb-law.com; aaa@ggb-law.com; eservice@ggb-law.com
6080.451

Attorneys for Defendant Los Angeles Auto Wholesalers & Recovery Services, Inc.

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS GALANTER,<br>  Plaintiff,<br><br>vs.<br><br>LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.,<br><br>  Defendant. | Case No. 2:23-cv-09466-ODW<br><br>**[PROPOSED] ORDER RE: DEFENDANT LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>**[Filed concurrently with Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment; Declaration of Lance D. Orloff; Declaration of Juan Martinez; Index of Documentary Evidence; [Proposed] order]**<br><br>Date: April 21, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5D<br><br>Trial date: August 19, 2025 |

1  Defendant LOS ANGELES AUTO WHOLESALERS & RECOVERY
2  SERVICES, INC.'s (LAWRSI) Motion for Summary Judgment or, Alternatively,
3  Partial Summary Judgment with remand to state court came on regularly for hearing
4  before this Court on April 21, 2025, at 1:30 p.m. in Courtroom 5D of the above-
5  referenced Court, Honorable Otis D. Wright, Judge presiding. Appearances of counsel
6  were noted for the record.
7  Having considered the moving papers, opposition, evidence, papers on file herein,
8  and oral argument thereon, and good causing appearing, the Court finds, orders, and
9  rules as follows:
10  (A)   There is no triable issue of fact and Defendant LAWRSI is entitled to
11  judgment as a matter of law on Plaintiff Douglas Galanter's Complaint.
12  IT IS HEREBY ORDERED that LAWRSI's Motion for Summary Judgment is
13  GRANTED.
14  IT IS THEREFORE ORDRED that judgment shall be entered in favor of
15  LAWRSI and against Plaintiff, and that LAWRSI be awarded their costs of suit herein.
16  [OR]
17  (B)   There is no triable issue as to any material fact regarding Plaintiff's Fair
18  Debt Collection Practices Act Claim, 15 U.S.C. § 1692, the remaining causes of action
19  shall be remanded to state court.

**IT IS SO ORDERED.**

DATED: _____
HON. OTIS D. WRIGHT
JUDGE OF THE CENTRAL DISTRICT

[PROPOSED] ORDER RE: LAWRSI'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT