Lance D. Orloff (SBN 116070)
Alexis A. Arteaga (SBN 356798)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: ldo@ggb-law.com; aaa@ggb-law.com; eservice@ggb-law.com
6080.451

Attorneys for Defendant Los Angeles Auto Wholesalers & Recovery Services, Inc.

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS GALANTER,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-09466-ODW<br><br>**DECLARATION OF JUAN MARTINEZ IN SUPPORT OF DEFENDANT LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[Filed concurrently with Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment; Declaration of Lance D. Orloff; Declaration of Steven McIntosh; Index of Documentary Evidence; [Proposed] order]**<br><br>Date: April 21, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5D<br><br>Trial date: August 19, 2025 |

1

DECLARATION OF JUAN MARTINEZ IN SUPPORT OF DEFENDANT LOS ANGELES AUTO
WHOLESALERS & RECOVERY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF JUAN MARTINEZ

I, Juan Martinez hereby declare and state as follows:

1. I am over the age of eighteen (18) years old.

2. I am an employee and office manager of Los Angeles Auto Wholesalers & Recovery Services, Inc. (LAWRSI). I make this declaration in support of Defendant Los Angeles Auto Wholesalers & Recovery Services, Inc.'s Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment. I have knowledge of the facts set forth herein. If called as a witness, I could and would completely testify thereto.

3. On or about July 17, 2023, Los Angeles Auto Wholesalers & Recovery Services Inc. (LAWRSI) received a repossession order to repossess Galanter's vehicle on behalf of Access Finance. Attached as **Exhibit B** to the IDE and incorporated herein by reference is a true and correct copy of the repossession assignment.

4. According to the repossession assignment, Galanter was delinquent on his loan by three months and owed a balance of $4,804.28. Attached as **Exhibit B** to the IDE and incorporated herein by reference is a true and correct copy of the Repossession Assignment.

5. Access Finance provided LAWRSI with two possible addresses for the vehicle: 6755 South Spingpark Avenue, Los Angeles (a condominium) and 8604 Sunset Boulevard, West Hollywood ("HotPilates"). Attached as **Exhibit B** to the IDE and incorporated herein by reference is a true and correct copy of the Repossession Assignment.

6. On September 13, 2023, Galanter's vehicle was recovered from LAWRSI by an agent of Access Finance. Attached as **Exhibit G** to the IDE and incorporated herein by reference is a true and correct copy of the release request.

7. The Release Request was signed by Juan Muruato of Access Finance. Attached as **Exhibit G** to the IDE and incorporated herein by reference is a true and correct copy of the release request.

8. LAWRSI never contacted Galanter regarding the debt owed to Access Finance.

9. LAWRSI never contacted Galanter or his daughter regarding the debt or the location of the collateral.

10. It has never been part of LAWRSI's practices as a repossession company to attempt to collect the debt on behalf of a lender.

11. Access Finance hired LAWRSI solely to repossess the collateral that secured its loan to Galanter. Attached as **Exhibit B** to the IDE and incorporated herein by reference is a true and correct copy of the Repossession Assignment.

12. LAWRSI was not hired to collect money from Galanter, and LAWRSI did not collect money.

13. LAWRSI has never collected money on behalf of any lender.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct. Executed this 3/24/2025 day of March 2025, at Riverside, California.

Signed by:
*Juan Martinez*
F3C0D551FF86445...
Juan Martinez