1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lance D. Orloff (SBN 116070)
Alexis A. Arteaga (SBN 356798)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
6080-451

Email: ldo@ggb-law.com; aaa@ggb-law.com; eservice@ggb-law.com

Attorneys for Defendant, Los Angeles Auto Wholesalers & Recovery Services, Inc.

# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS GALANTER,

    Plaintiff,

vs.

LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.,

    Defendant.

Case No. 2:23-cv-09466-ODW

**DEFENDANT LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC.'s INDEX OF DOCUMENTARY EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Date: April 21, 2025
Time: 1:30 p.m.
Courtroom: 5D

Trial: August 19, 2025

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

    Defendant LOS ANGELES AUTO WHOLESALERS & RECOVERY SERVICES, INC. (LAWRSI) hereby submits the following Index of Documentary Evidence in support of its Motion for Summary Judgment or, Alternatively, Patial Summary Judgment.

1

## INDEX OF DOCUMENTARY EVIDENCE

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "A" | Plaintiff Douglas Galanter's First Amended Complaint<br><br>[Orloff Decl., ¶ 3] |
| "B" | Repossession Assignment<br><br>[Martinez Decl., ¶ 3] |
| "C" | Transcript of Deposition of Plaintiff Douglas Galanter, dated November 18, 2024.<br><br>[Orloff Decl. ¶ 4] |
| "D" | Initial timestamped photos uploaded to RDN by Steven McIntosh.<br><br>[McIntosh Decl. ¶ 7] |
| "E" | Subsequent timestamped photos uploaded to RDN by Steven McIntosh.<br><br>[McIntosh Decl., ¶ 14] |
| "F" | Notice of seizure and personal property inventory form.<br><br>[McIntosh Decl., ¶ 15] |
| "G" | Release Request.<br><br>[Martinez Decl., ¶ 6] |
| "H" | Gate Repair Invoice.<br><br>[Orloff Decl., ¶ 6] |

| "I" | Photos of disrupted gate and text message screenshots.<br><br>[Orloff Decl., ¶ 7] |
|---|---|
| "J" | Transcript of Deposition of Steven McIntosh, dated November 21, 2024.<br><br>[Orloff Decl. ¶ 4] |

DATED:  March 24, 2025            GRANT, GENOVESE & BARATTA, LLP


By: _____
      LANCE D. ORLOFF
      ALEXIS A. ARTEAGA
Attorneys for Defendant Los Angeles Auto
Wholesalers & Recovery Services, Inc.

INDEX OF DOCUMENTARY EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT