

# REPOSSESSION ASSIGNMENT

| Agency Information Phone Number Fax Number: | LAW RECOVERY |
|---|---|

Customer Information: PLEASE GET KEYS/ AGENCY REPORT LOCATION.

| Account Number: | 564-039570 |
|---|---|
| **Borrower Name:** | **DOUGLAS GALANTER** |
| Co-Borrower Name: | |
| **Address** | **6755 S SPRINGPARK AVE LA** |

DAUGTHER DRIVES IT WORKS AT HOTPILATES ADDRESS 8604 SUNSET BL WEST HOLLYWOOD CA 90069

**Additional Notes**

| Months Past Due: | 3MONTHS |
|---|---|
| Due Date: | 04/28-23 |
| Payment Amount: | 652.04 |
| Late Charges | |
| Total Delinquent: | 4804.28 |

**Description of Collateral**                **Deliver Collateral:**

| Year: | 2015 |
|---|---|
| Make/Model: | HONDA ACCORD |
| Color | *SILVER* |
| VIN | 1HGCR6F56FA014675 |
| **License** | 7MHC002 |

Assigned by: **JOHN ESTRADA**
Date:    7/17/2023
Authorized Signature: _____

Please do not assign this account to another agency or attorney unless prior written authority is given by us. Please report within (5) five days, if our instructions cannot be carried out, or the account will be closed with no charge. We agree to indemnify and save you harmless from and against any and all claims, damages, losses and action resulting from or arising out of your efforts to collect the above claim, except however such as may be caused by or arise out of negligence or unauthorized act of your company, its officers, employees or agents or the officers or employees of such agents, which, in such event, your company agrees to indemnify and hold harmless Access Finance, Inc., its officers, employees, agents or assigns.

*This obligation is on a conditional sales contract. Please repossess on sight and fax us a copy of the condition report, personal property inventory, location of our security, and your storage rates per day.*

ACCESS FINANCE, INC
PO BOX 492148, LOS ANGELES, CA 90049
PHONE (310 826 4000                    FAX (310)826-2806

LawRecovery0064