| Law Recovery Services | Release Request |
|---|---|
| 11245 GARFIELD AVE. <br> SOUTH GATE, CA 90280 <br> **Phone:** 323-913-9600 **Fax:** 323-913-9666 <br> State License No. RA 1413 | 09/13/2023 <br> **Case #** 2128310738 <br> **Reference #** 198985 <br> **Acct #** 564-039570 |

| **Client** | **Lien Holder:** ACCESS FINANCE |
|---|---|
| ACCESS FINANCE <br> PO BOX 492148 <br> LOS ANGELES, CA 90049 <br> **Phone:** (310) 826-4000 **Fax:** 310 826 2806 | Recovery Date:  09/05/2023 |

| **Debtor** | **Vehicle** |
|---|---|
| douglas galanter | 2015 Honda Accord <br> **VIN:** 1HGCR6F56FA014675 |

In sole consideration of the delivery to me of the above described vehicle, I agree that I have carefully examined the above described vehicle  and made sure that there is no damage, other than any pre-existing damage marked and accounted for on the picture report above or vehicle condition report.  I further agree that I have examined everything is accounted for and has no damage.

By signing this Release, I fully understand the above statements and do agree to Release and Hold Harmless Law Recovery Services and ACCESS FINANCE and or its Agents from all claims, demands and or actions, which I or my Representatives do have or may have against Law Recovery Services, ACCESS FINANCE and/or its Agents or Employees, prior to this date.

I have verified and confirmed that this vehicle matches my pick up order and that the vehicle has no personal property inside. I accept any liability and fees relating to picking up this vehicle without confirming VIN number and property inside. If there is any personal property inside this vehicle I will be responsible for any fees not limited to transportation, attorney fees and or customers fees for the removal of this vehicle with property inside without the written approval to do so. By signing this document I have verified the VIN number from the vehicle and vehicle's condition with the picture report and accept the liability to any damages that is not in this report.

X _____        Sep 13, 2023
Juan Muruato (Sep 13, 2023 11:26 PDT)
**Person And/Or Company Released To (SIGN)**        **Date**


Juan Muruato
_____
Print name

**DRIVERS LICENSE:**



LawRecovery0057

**BOL:**



# Picture Report

| | |
|---|---|
| **Law Recovery Services**<br>11245 GARFIELD AVE.<br>SOUTH GATE, CA 90280<br>**Phone:** 323-913-9600 **Fax:** 323-913-9666<br>State License No. RA 1413 | 09/13/2023<br>**Case #:** 2128310738<br>**Reference #:** 198985<br>**Acct #:** 564-039570 |

| **Client**<br>ACCESS FINANCE<br>PO BOX 492148<br>LOS ANGELES, CA 90049<br>**Phone:** (310) 826-4000 **Fax:** 310 826 2806 | **Lien Holder**<br>ACCESS FINANCE |
|---|---|
| **Debtor**<br>douglas galanter | **Vehicle**<br>2015 Honda Accord<br>**VIN:** 1HGCR6F56FA014675 |







_____
Juan Muruato (Sep 13, 2023 11:26 PDT)

LawRecovery0059





Juan Muruato (Sep 13, 2023 11:26 PDT)





_____
Juan Muruato (Sep 13, 2023 11:26 PDT)

## Law Recovery Services Car Condition Report
### 11245 GARFIELD AVE.   South Gate, CA  90280
### Phone: (323) 913-9600   Fax:(323) 913-9666 State License No: RA 1413

**Client:** ACCESS FINANCE                                **Case #:** 2128310738 / 198985
**Recovery Date:** 2023-09-05                             **Account #:** 564-039570 **ATTN:** unassigned unassigned
**Recovery Time:** 01:25 pm                               **Borrower:** douglas galanter
**Police Agency:** LAPD                                   **Legal Owner:** ACCESS FINANCE
**Order Type:** Repossess
**Order To:** Involuntary Repossession

**Recovery Location:** 6755 S Springpark Ave Los Angeles CA 90056

**Personals:** Yes
Detailed list not displayed with California Recoveries

**Collateral** (Stored At: SOUTH GATE - LAW RECOVERY SERVICES 11245 garfield ave. SOUTH GATE CA 90280 323-913-9600)

**Year:** 2015              **Make:** Honda       **Model:** Accord        **Color:** silver
**VIN #:** 1HGCR6F56FA014675   **Mileage:** 1   **License/St:** 7mhc002 / CA   **Expires:**

| General | General Condition | Mechanical Condition | Interior Condition |
|---|---|---|---|
|  | Average | Average | Average |

**Notes:**

| Keys | Ignition Keys  No | Secondary Keys  No | Battery  Good |
|---|---|---|---|

**Options**

| Type Of Vehicle | Roof | Transmission | Stereo |
|---|---|---|---|
| 4dr Car | Moon-roof | Automatic | Am/fm/cd |
| ☑ Power Windows | ☑ Power Locks | Tilt Wheel | ☑ A/C |
| ☑ Power Seats | ☑ Power Steering | ☑ Cruise Control | Diesel |
| ☑ Leather Seats | Alloy Wheels |  | ☑ Rear A/C |

**Details:**

| Condition | Body | Paint | Able To Drive |
|---|---|---|---|
|  | _____ | _____ | No Keys |

**Driver's Side**

| Front Quarter Panel | Front Door | Rear Door | Rear Quarter Panel |
|---|---|---|---|
| _____ | Scratched And Dinged | Scratched And Dinged | Scratched And Dinged |

**Passenger's Side**

| Front Quarter Panel | Front Door | Rear Door | Rear Quarter Panel |
|---|---|---|---|
| Scratched And Dinged | Scratched And Dinged | Scratched And Dinged | Scratched And Dinged |

| Top | Hood | Roof | Trunk | Hatchback |
|---|---|---|---|---|
|  | Scratched And Dinged | Scratched And Dinged | Scratched And Dinged | Scratched And Dinged |

| Bumper | Front | | Rear |
|---|---|---|---|
|  | Scratched And Dinged | | Scratched And Dinged |

| Glass | Scratched |
|---|---|

| Tires Lft Frt | Left Rear | Right Front | Right Rear | Spare | Wheel Covers |
|---|---|---|---|---|---|
| Poor | Poor | Poor | Poor | Poor | 4 |

**Completed By:** Ts                                        Received By: _____
**Date:** 09/05/2023                                        Received On: Sep 13, 2023

In accordance with Section 7507.115 of the Business and Professions Code, this condition report is a general assessment of the collateral and does not include all damage or missing parts.

LawRecovery0062

# 014675-SG-SOUTHBAY-@11AM(2 CARS)

Final Audit Report                                                              2023-09-13

| | |
|---|---|
| Created: | 2023-09-13 |
| By: | LAW RECOVERY LAW RECOVERY (repos@lawrecovery.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkg19Sv51D8cMl9OtTwQs36DIiRy66Lqr |

## "014675-SG-SOUTHBAY-@11AM(2 CARS)" History

- **Document created by LAW RECOVERY LAW RECOVERY (repos@lawrecovery.org)**
  2023-09-13 - 3:44:41 PM GMT- IP address: 69.75.85.226

- **Document emailed to docs@lawrecovery.org for signature**
  2023-09-13 - 3:45:51 PM GMT

- **Email sent to docs@lawrecovery.org bounced and could not be delivered**
  2023-09-13 - 3:46:05 PM GMT

- **Signer docs@lawrecovery.org entered name at signing as Juan Muruato**
  2023-09-13 - 6:26:53 PM GMT- IP address: 69.75.85.226

- **Document e-signed by Juan Muruato (docs@lawrecovery.org)**
  E-signature hosted by LAW RECOVERY LAW RECOVERY (repos@lawrecovery.org)
  Signature Date: 2023-09-13 - 6:26:55 PM GMT - Time Source: server- IP address: 69.75.85.226

- **Agreement completed.**
  2023-09-13 - 6:26:55 PM GMT


Powered by Adobe Acrobat Sign

LawRecovery0063