

DG 0023



DG 0024



DG 0025



DG 0026



DG 0027





DG 0029







DG 0032



DG 0033



DG 0034



DG 0035



DG 0036



DG 0037



please ask the sheriff to come out and dust the box for fingerprints as soon as possible

Yes

this is an opportunity for you but you must move quickly . if they are people who snatch cars then they probably have a criminal record

Fri, Sep 8 at 5:52 AM



they removed the chain on the gate so it is impossible to move it by hand